IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 11-10187-01-02-MLB |
| | ) | |
| THOMAS GRIFFEN, JR., and | ) | Count 1 |
| JORDAN SMITH, | ) | 18 U.S.C. §371 |
| | ) | |
| Defendants. | ) | Counts 2 -13 |
| _____ | ) | 18 U.S.C. §1343 |

Forfeiture Allegations

**INDICTMENT**

The Grand Jury charges:

**Conspiracy**
**Title 18, United States Code, Section 371**
**Count 1**

Beginning on or about a date unknown to the Grand Jury, and continuing through June 1, 2011, in the District of Kansas, and elsewhere,

**THOMAS GRIFFEN, Jr., and**
**JORDAN SMITH,**

the defendants herein, did willfully, intentionally and knowingly conspire with others, both known and unknown to the Grand Jury, to commit wire fraud, a crime against the United States, in violation of Title 18, United States Code, Section 1343, and said defendants did an act to effect the object of the conspiracy.

In furtherance of the conspiracy and to achieve the objects thereof, the defendants and their coconspirators, known and unknown to the Grand Jury, committed and caused to be committed at least one overt act in the District of Kansas, that is, by:

1. entering the home and business of another, without consent, and removing property without authorization and permission;

2. accepting property from another person when the defendants knew, and should have known, that the property was stolen;

3. offering the property obtained, as mentioned in the previous two paragraphs, for sale through numerous means, including but not limited to, the use of wire communications, when the defendants knew, and should have known, that the defendants and the coconspirators did not have lawful authority to offer the property for sale.

In violation of Title 18, United States Code, Section 371.

## Wire Fraud
## Title 18, United States Code, Section 1343
## Counts 2 - 8

On or about the dates specified below, in the District of Kansas, and elsewhere,

**JORDAN SMITH,**

the defendant herein, for the purpose of executing a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses and representations, devised and intended to devise a plan which caused to be transmitted by means of wire communications in interstate commerce, signals and sounds which communicated an offer to sale stolen property, when the defendant knew and should have known that the property was stolen, that

is, the following stolen property was offered for sale by the defendant on Craigslist:

| Count | Date | Property |
|---|---|---|
| 2 | 1/8/2010 to 2/8/2010 | Digitek RP500 |
| 3 | 12/20/2010 | Bradford Hot Water Heater |
| 4 | 1/4/2011 to 1/5/2011 | New Kitchen Cabinets |
| 5 | 2/19/2011 | TV and Blue Ray Player |
| 6 | 2/1/2011 | Two Violins |
| 7 | 2/16/2011 | 16GB Apple iPod |
| 8 | 2/27/2011 to 2/28/2011 | Roofing Shingles |

In violation of Title 18, United States Code, Sections 1343 and 2.

## Counts 9 - 12

On or about the dates specified below, in the District of Kansas, and elsewhere,

**THOMAS GRIFFEN, Jr.,**

the defendant herein, for the purpose of executing a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses and representations, devised and intended to devise a plan which caused to be transmitted by means of wire communications in interstate commerce, signals and sounds which communicated an offer to sale stolen property, when the defendant knew and should have known that the property was stolen, that is, the following stolen property was offered for sale by the defendant on Craigslist:

| Count | Date | Property |
|---|---|---|
| 9 | 12/9/2010 | Nintendo DS Handheld Game |
| 10 | 12/14/2010 | Kicker Speakers, Kicker Amplifier and Kicker DVD CD AM/FM Player |
| 11 | 12/21/2010 | Mortar Mixer |
| 12 | 12/29/2010 | Vizio TV |
| 13 | 2/15/2011 to 2/16/2011 | Roofing Shingles |

In violation of Title 18, United States Code, Sections 1343 and 2.

## Forfeiture Allegations

The Grand Jury further alleges:

As a result of committing the foregoing offenses alleged in Counts 1 through 13 of this Indictment, the defendants,

**THOMAS GRIFFEN, Jr., and**
**JORDAN SMITH,**

shall forfeit to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2), and 28 U.S.C. § 2461(c), all property, real and personal, that constitutes and is derived from proceeds traceable to the commission of the offense, including, but not limited to the following:

i.        Money Judgment

A sum of money equal to an amount representing the proceeds obtained as a result of the offenses in Counts 1 through 13, for which the defendant is liable.

All in violation of Title 18, United States Code, Sections 981 and 982, and Title 28, United States Code, Section 2461.

                                        A TRUE BILL


 September 14, 2011                          s/Foreperson
DATE                                     FOREMAN OF THE GRAND JURY


 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866

(It is requested that trial be held in Wichita, Kansas.)